1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  100 Pine St., Ste 1250
   San Francisco, CA 94111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Samuel L. Phillips, Esq., SBN 127793
8  BORTON PETRINI, LLP
9  95 South Market Street, Suite 400
   San Jose, CA 95113-2301
10 Tel: (408) 535-0870
   Fax: (408) 535-0878
11 sphillips@bortonpetrini.com
12 Attorney for Defendant
   Barrita Corporation

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15 | JOSE ESTRADA,                          | Case No.: 5:22-cv-01449-EJD
16 |        Plaintiff,                      |
   | v.                                     | **JOINT STIPULATION FOR**
17 |                                        | **DISMISSAL PURSUANT TO**
   | BARRITA CORPORATION, a California      | **FEDERAL RULE OF CIVIL**
18 | Corporation,                           | **PROCEDURE 41(a)(1)(A)(ii)**
19 |        Defendants.                     |

20

21      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by
22 and between the parties hereto that this action may be dismissed with prejudice as to all
23 parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is
24 made as the matter has been resolved to the satisfaction of all parties.

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: December 07,2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: December 07,2022 | BORTON PETRINI, LLP |
| 10 | | By:   /s/ Samuel L. Phillips |
| 11 | | Samuel L. Phillips<br>Attorneys for Defendant<br>Barrita Corporation |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Samuel L. Phillips, counsel for Barrita Corporation, and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 07, 2022     CENTER FOR DISABILITY ACCESS

By:  /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff